**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

NATASHA D.,[1]

Plaintiff,

v.

FRANK BISIGNANO, Commissioner of Social Security,

Defendant.

No. 8:25-cv-01840-SB-DSR

**ORDER ADOPTING THE RECOMMENDATIONS OF U.S. MAGISTRATE JUDGE**

Pursuant to 28 U.S.C. § 636, the Court has reviewed the complaint in this action seeking court review pursuant to 42 U.S.C. § 405(g) of the Commissioner's decision denying benefits, the briefs of the respective parties, the Report and Recommendation of the United States Magistrate Judge, and the Court's file and record in this case. No timely objections have been filed to the Report and Recommendation.

When no objections are filed, the Court is not required to review the Magistrate Judge's findings and recommendations. *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) (en banc) ("[T]he district judge must review the magistrate judge's findings and recommendations de novo if objection is made, but

[1] Plaintiff's name is partially redacted in compliance with Federal Rule of Civil Procedure 5.2(c)(2)(B) and the recommendation of the Committee on Court Administration and Case Management of the Judicial Conference of the United States.

not otherwise."); *see also United States v. Ramos*, 65 F.4th 427, 433–34 (9th Cir. 2023) (reaffirming that de novo review is required only as to object-to portions of a report and recommendation). Because no party objected, the Court accepts and adopts the Report and Recommendation without independently reviewing its findings or reasoning.

IT IS THEREFORE ORDERED that (1) the Report and Recommendation is adopted; and (2) the Commissioner's Denial of Title II Disability Insurance Benefits is reversed, and the matter remanded to the Commissioner for further proceedings consistent with the Report and Recommendation.

Judgment will be entered separately.

DATED: September 22, 2026

STANLEY BLUMENFELD, JR.
UNITED STATES DISTRICT JUDGE