JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

NATASHA D.,[1]

Plaintiff,

v.

FRANK BISIGNANO, Commissioner of Social Security,

Defendant.

No. 8:25-cv-01840-SB-DSR

**JUDGMENT**

Pursuant to the Court's Order Adopting the Report and Recommendation of United States Magistrate Judge,

IT IS ADJUDGED that the decision of the Commissioner is REVERSED and the matter remanded to the Commissioner for further proceedings. Judgment is hereby entered in favor of Plaintiff and against Defendant. The Judgment constitutes final disposition of the complaint by the Court.

DATED: September 22, 2026

STANLEY BLUMENFELD, JR.
UNITED STATES DISTRICT JUDGE

[1] Plaintiff's name is partially redacted in compliance with Federal Rule of Civil Procedure 5.2(c)(2)(B) and the recommendation of the Committee on Court Administration and Case Management of the Judicial Conference of the United States.